**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NOV 1 0 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
v.                               )   N₁   **4:21CR00617 HEA/JMB**
                                 )
JOHN SCHICKE,                    )
                                 )
        Defendant.               )

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Gerald Jackson, Special Assistant United States Attorney for said District, and moves the Court to order Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), an offense for which a maximum 10-year imprisonment is prescribed under Title 18 U.S.C. § 924(a)(2).

2. According to the St. Louis County Police Department, on January 25, 2021, Officers observed a black Dodge Charger back out of a parking spot and begin to drive in fron of the officer's vehicle at the corner of South Broadway and Vincent Avenue in St. Louis County in the Eastern District of Missouri.

3. Following a computer check of the vehicle, officers learned that the vehicle belonged to the Defendant, and that the Defendant had an outstanding probation violation warrant for his arrest.

Officers activated their lights and pulled over the vehicle, making contact with the Defendant.

4.    Defendant was placed under arrest, and disclosed to officers that he had a firearm in the center console of the vehicle.

5.    Officers later found two handguns in the center console of the vehicle: a Ruger Security 9mm handgun loaded with 15 rounds of 9mm ammunition and a Smith & Wesson Bodyguard revolver loaded with 5 rounds of .380 ammunition.

6.    A computer check confirmed tha the Ruger was a stolen firearm from St. Louis City, Missouri. An additional computer check revealed that the Defendant was a convicted felon.

7.    An examination of both weapons found that the weapons were both manufactured outside the State of Missouri and both meet the federal definition of a firearm.

8.    Defendant, who is a convicted felon, possessed two firearms, one of which was stolen. Defendant poses a threat to the community.

9.    Defendant's criminal history reflects that he has conviction(s) including, but not limited to, the following:

| Date | Court | Case No. | Charge | Sentence |
|------|-------|----------|--------|----------|
| 3/17/1988 | St. Louis County Circuit Court | | Burglary 2nd, Felony Stealing | SIS with 3 years probation |
| 8/31/2016 | St. Louis City Circuit Court | 1522-CR02775-01 | Poss of CDS | SIS with 3 years probation |
| 5/25/2017 | St. Francois County Circuit Court | 16SF-CR-01502 | Misd Domestic Assault | 30 days county jail |
| 3/6/2020 | St. Louis City Circuit Court | 1722-CR04810-01 | Burglary 2nd, Felony Stealing, Felony Property Damage | 4 years DOC with 120 days pursuant to § 559.115 on each count` |

10.    Defendant committed this offense while on state parole/probation. Defendant's inability to comply with the law while on probation and parole is indicative of his danger to the community and risk of flight were he to be released on bond in this case.

11.    There is a serious risk that Defendant will flee, given his failure to comply with

supervision while on probation / parole, and the potential sentence Defendant faces in this case.

12.     Defendant's criminal history and the nature and circumstances of the offense charged reflect that there is a serious danger to the community that would be posed by Defendant's release. Further, there are no conditions or combination of conditions that will reasonably assure Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Gerald Jackson*
GERALD JACKSON, #66995MO
Special Assistant United States Attorney